**SO ORDERED: July 2, 2013.**



_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br>  DREW B. WIEDER<br>  MELISSA A. WIEDER<br>    Debtors | Case No.12-04505-FJO-7 |
| GREGORY K. SILVER TRUSTEE<br>    Plaintiff<br>      vs.<br>BRUCE N. MUNSON, P.C.<br>RESOLUTION TEAM, LLC<br>    Defendants | Adversary Proceeding<br>No.12-50353 |

**ENTRY GRANTING
TRUSTEE'S  MOTION FOR SUMMARY JUDGMENT**

   This Court has entered simultaneously with this Entry by separate order the findings of fact and conclusions of law which are incorporated herein wherein this Court sets forth the basis for granting the Trustee's Motion for Summary Judgment.   Based thereon, this Court hereby ORDERS that the Trustee's Motion for Summary Judgment is GRANTED and that

JUDGMENT be entered as follows:

1. The Court **GRANTS a judgment in favor of the Trustee against Defendant, Bruce N. Munson, P.C., in the amount of $20,710.26 plus all pre- and post-judgment interest that** has accrued thereon since the date that the Trustee demanded the return of the Munson post-petition transfer to the date of payment and the Court ORDERS the Defendant, Bruce N. Munson, P.C., to immediately turn over $20,710.26 to the Trustee, plus interest;

2. The Court **GRANTS a judgment in favor of the Trustee against Defendant, Tax Resolution, LLC, in the amount of $10,355.13 plus all pre-and post-judgment interest** that has accrued thereon since the date that the Trustee demanded the return of the Tax Resolution post-petition transfer to the date of payment and the Court ORDERS that Defendant, Tax Resolution, LLC, to immediately turn over $10,355.13 to the Trustee plus interest.

###